UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:24-cv-00538-FDW

| | |
|---|---|
| LUIS ORDONEZ VEGA, | ) |
| Plaintiff, | ) |
| vs. | ) **ORDER** |
| WALTER H. PARAMORE, III, et al., | ) |
| Defendants. | ) |

**THIS MATTER** is before the Court on review of the docket in this matter.

Pro se Plaintiff Luis Ordonez Vega ("Plaintiff") filed this action on June 6, 2024, pursuant to 42 U.S.C. § 1983 against seven individual Defendants. [Doc. 1]. Plaintiff, however, failed to pay the filing fee or file a motion to proceed in forma pauperis (IFP). On June 6, 2024, the Clerk entered a Notice of Deficiency requiring Plaintiff to pay the filing fee or apply to proceed IFP within 21 days of the Clerk's Order. [Doc. 3]. The Clerk advised Plaintiff: "THE FAILURE TO COMPLY WITH THE FOREGOING WITHIN TWENTY-ONE (21) DAYS WILL RESULT IN THE DISMISSAL OF THIS ACTION WITHOUT FURTHER NOTICE." [Id. at 1].

More than 21 days have passed, and Plaintiff has not complied with the Clerk's Order. The Court will, therefore, dismiss this action without prejudice.

**IT IS, THEREFORE, ORDERED** that this action is dismissed without prejudice.

The Clerk is instructed to terminate this action.

**IT IS SO ORDERED**.

Signed: July 10, 2024

*[signature]*

Frank D. Whitney
United States District Judge